66 A.3d 1294

IN THE MATTER OF DAVID M. DE CLEMENT, AN ATTORNEY
AT LAW (ATTORNEY NO. 001091994).

June 14, 2013.

**ORDER**

This matter have been duly presented to the Court pursuant to *Rule* 1:20–10(b), following the granting of a motion for discipline by consent in DRB 12–390 of **DAVID M. DE CLEMENT** of **PITMAN,** who was admitted to the bar of this State in 1994;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.15(a) (failure to safeguard funds in which a client or third party has an interest);

And the parties having agreed that respondent's conduct violated *RPC* 1.15(a), and that said conduct warrants a reprimand;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XIV–2012–0410E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **DAVID M. DE CLEMENT** of **PITMAN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.